IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY CO., a/s/o DONALD HIMLIN,         Plaintiff, <br><br> v. <br><br> TWIN STAR HOME,         Defendant. | Civil No. 5:20-cv-03973-JMG |

**AMENDED NOTICE OF TELEPHONIC PRETRIAL CONFERENCE**

**TAKE NOTICE,** that the **Telephone Discovery Status Conference,** in the above case has been rescheduled as follows**:**

1. The Discovery Status Conference in the above-captioned matter in Chambers before Judge John M. Gallagher on Friday, December 10, 2021 at 11:00 AM is **Cancelled**.

2. Lead counsel shall appear **VIA TELEPHONE** for Discovery Status conference in the above-captioned matter on **Tuesday, December 14, 2021 at 10:00 AM,** by providing a calling bridge to the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.[1]

                              For the Court,

                              */s/ Brian R. Dixon*
                              Brian R. Dixon
                              Deputy Clerk for Judge John M. Gallagher

Date of Notice: December 9, 2021

---

[1] Plaintiff's counsel must provide the Court and opposing counsel with conference bridge details (such as telephone number and access code) **immediately** upon receipt of this notice.